UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GENZYME CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SYNPEP CORPORATION )<br>)<br>Defendant. )<br>) | Civil Action No. 05-10626 PBS |

## CERTIFICATE OF SERVICE

I, Alexander Furey, hereby certify that Plaintiff Genzyme Corporation's *Motion to Vacate Dismissal and Re-open Matter* was filed electronically with the Court on January 20, 2006. On January 23, 2006, I served the Motion on the following individuals via E-mail and U.S. Mail:

> Gary Gottschling
> Corporate Controller
> SynPep Corporation
> P.O. Box 2999
> Dublin, CA 94568
>
> Jason W. Morgan, Esq.
> Drohan, Hughes, Tocchio & Morgan, P.C.
> 175 Derby Street, Suite 30
> Hingham, MA 02043

/s/ Alexander Furey

Dated: January 23, 2006

Case 1:05-cv-10626-PBS     Document 5     Filed 01/23/2006     Page 2 of 2