UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENZYME CORPORATION ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-10626 PBS |
| ) | |
| v. ) | |
| ) | |
| SYNPEP CORPORATION ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Alexander Furey, hereby certify that Plaintiff Genzyme Corporation's *Motion to Enforce Agreement for Consent Judgment and Periodic Payment Schedule* was filed electronically with the Court on January 20, 2006. On January 23, 2006, I served the Motion on the following individuals via E-mail and U.S. Mail:

> Gary Gottschling
> Corporate Controller
> SynPep Corporation
> P.O. Box 2999
> Dublin, CA 94568
>
> Jason W. Morgan, Esq.
> Drohan, Hughes, Tocchio & Morgan, P.C.
> 175 Derby Street, Suite 30
> Hingham, MA 02043

/s/ Alexander Furey

Date:   January 23, 2006

Case 1:05-cv-10626-PBS    Document 6    Filed 01/23/2006    Page 2 of 2