UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENZYME CORPORATION ) | |
| Plaintiff, ) | Civil Action No. 05-10626 PBS |
| v. ) | |
| SYNPEP CORPORATION ) | |
| Defendant. ) | |

**CORPORATE DISCLOSURE STATEMENT OF**
**GENZYME CORPORATION, INC.**

Pursuant to Local Rule 7.3(A), Plaintiff Genzyme Corporation submits the following disclosure statement:

Genzyme Corporation does not have any parent corporation; nor does any publicly held company own 10% or more of Genzyme Corporation's stock.

Respectfully submitted,

**GENZYME CORPORATION**

By its attorney,

/s/ Alexander Furey

Alexander Furey, Esq., BBO#634157
Furey & Associates, LLC
28 State Street, Suite 1100
Boston, MA 02109
Tel. 617-573-5114
Fax 617-573-5115

DATED: January 23, 2006

**CERTIFICATE OF SERVICE**

I, Alexander Furey, hereby certify that a copy of the foregoing document was served by electronic filing to counsel of record for Defendant on January 23, 2006.

/s/ Alexander Furey
_____