UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Genzyme Corporation
               Plaintiff,        CIVIL ACTION
                                                       NO.   05-10626-PBS
    v.

Synpep Corporation
               Defendant.

**NOTICE OF MOTION HEARING**

SARIS, U.S.D.J.                                                                                February 14, 2006

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re Motion to Vacate Dismissal and Re-open Matter on **March 6, 2006**, at **4:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                                                      By the Court,

                                                                                      _/s/ Robert C. Alba_
                                                                                      Deputy Clerk

Copies to:  All Counsel