UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENZYME CORPORATION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SYNPEP CORPORATION ) <br> ) <br> Defendant. ) | Civil Action No. 05-10626 PBS |

### [PROPOSED] ORDER OF JUDGEMENT
### PURSUANT TO FED. R. CIV. P. 54(B)

The Court hereby **ORDERS**, pursuant to Fed. R. Civ. P. 54(B), that final and separate judgment be entered in favor of Plaintiff Genzyme Corporation against Defendant SynPep Corporation in the amount of **$118,512.50**.

_____
UNITED STATES DISTRICT COURT JUDGE
4/11/06

without opposition